

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IRMA NUNEZ SILVA,<br><br>　　　　　Defendant. | No. 2:14-cr-00245-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release IRMA NUNEZ SILVA; Case No. 2:14-cr-00245-KJM, from custody for the following reasons:

　　__X__ Release on Personal Recognizance

　　_____ Bail Posted in the Sum of $

　　　　　　　__ Unsecured Appearance Bond

　　　　　　　__ Appearance Bond with 10% Deposit

　　　　　　　__ Appearance Bond with Surety

　　　　　　　__ Corporate Surety Bail Bond

　　_____ (Other): Time Served

Issued at Sacramento, California on __1/27/16__, at __9:30am__

_____
Kimberly J. Mueller
United States District Judge