Michael M. Rooney,  SBN 190346
Odeh E. Hijazeen,    SBN 285021
ROONEY LAW FIRM
1361 The Esplanade
Chico, California  95926
Telephone:     (530) 343-5297
Facsimile:     (530) 897-0985
Attorneys for Defendant, Irma Silva Nunez

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:14-CR-00245-KJM-2 |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER TO RELEASE DEFENDANT'S PASSPORT FOR TRAVEL |
| IRMA SILVA NUNEZ, ) | |
| Defendant. ) | Court: Hon. Deborah Barnes |

Defendant, Irma Silva Nunez, through her counsel of record, Michael M. Rooney and Odeh E. Hijazeen, and Plaintiff United States of America, through its respective counsel, stipulate that Sacramento Pre-trial Services return Defendant's passport to her for the limited purpose of travel to the Country of Mexico.

Ms. Irma Silva Nunez informed the United States of America of her desire to travel to the County of Mexico from January 20, 2017 through February 20, 2017.

The parties stipulate that Sacramento Pre-trial Services be directed to release Ms. Irma Silva Nunez's passport before January 20, 2017. Additionally, the parties stipulate that Ms. Irma Silva Nunez will return her passport to Sacramento Pre-trial Services upon her return to the

United States of America; Ms. Irma Silva Nunez is ordered to report to Fresno Pre-trial Services, at their discretion, upon her return to the United States of America.

Dated: January 11, 2017

*/s/ Odeh Hijazeen*

ODEH E. HIJAZEEN
Attorney for Defendant, Irma Silva Nunez

Dated: January 11, 2017

*/s/ OEH for Samuel Wong*

SAMUEL WONG
Assistant United States Attorney
Attorney for Plaintiff, United States of America

### ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

Dated: January 13, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE