Michael M. Rooney,   SBN 190346
Odeh E. Hijazeen,    SBN 285021
ROONEY LAW FIRM
1361 The Esplanade
Chico, California  95926
Telephone:   (530) 343-5297
Facsimile:   (530) 897-0985
Attorneys for Defendant, Irma Silva Nunez

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:14-CR-00245-KJM-2 |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER TO ALLOW DEFENDANT'S TRAVEL TO THE STATE OF WASHINGTON |
| IRMA SILVA NUNEZ, ) | |
| Defendant. ) | Court: Hon. Deborah Barnes |

Defendant, Irma Silva Nunez, through her counsel of record, Michael M. Rooney and Odeh E. Hijazeen, and Plaintiff United States of America, through its respective counsel, stipulate and agree that defendant Irma Silva Nunez be allowed to travel to and temporarily reside in the State and Western District of Washington to provide both emotional and physical support for: (1) her grandson, Daniel Alvarez, who is currently diagnosed with a brain tumor, medulloblastoma, and hospitalized receiving life-extending treatment; and (2) her grandson's family.

Ms. Irma Silva Nunez informed the United States of America of her desire to travel to the State of Washington as soon as possible.

The parties stipulate that Ms. Irma Silva Nunez be allowed to travel to the State of Washington forthwith for thirty days through April 17, 2017, which period of travel may be extended in the future by further stipulation and order of the Court, if necessary. Additionally, the parties stipulate that the Court direct Pretrial Services in this District request courtesy supervision of Ms. Irma Silva Nunez while she is in the State and Western District of Washington until her return to the State of California at which time pretrial supervision shall resume in this District.

Dated: March 17, 2017                         */s/ Odeh Hijazeen*
                                              ODEH E. HIJAZEEN
                                              Attorney for Defendant, Irma Silva Nunez


Dated: March 17, 2017                         */s/ OEH for Samuel Wong*
                                              SAMUEL WONG
                                              Assistant United States Attorney
                                              Attorney for Plaintiff, United States of America

STIPULATION AND [PROPOSED] ORDER TO ALLOW DEFENDANT'S TRAVEL TO THE STATE OF WASHINGTON

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

Dated:  March 20, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE